SCWC-30205

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

MARYANN ACKER, Petitioner/Defendant-Appellant,

and

WILLIAM GERALD ACKER, Respondent/Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30205; CR. NO. 056042)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, J., and Circuit
Judge Nacino, in place of Pollack, J., recused, with
Acoba, J., dissenting, with whom McKenna, J., joins)

Upon consideration of Petitioner/Defendant-Appellant

Maryann Acker's motion for reconsideration filed on February 24,

2014, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, February 27, 2014.

Keith S. Shigetomi
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Edwin C. Nacino

